27, 1927. Decided May 16, 1927. *Per Curiam.* Dismissed for lack of a federal question on the authority of *Kelley* v. *Oregon*, 273 U. S. 589. *Mr. Thomas Mannix* was on the brief for plaintiff in error. *Mr. John H. Carson* for the State of Oregon.

No. 313. REAL SILK HOSIERY MILLS *v.* CITY OF PIEDMONT, OLIVER ELLSWORTH, MAYOR, G. N. RICHARDSON, CITY ATTORNEY, ETC., ET AL. Certificate from the Circuit Court of Appeals for the Ninth Circuit. Argued April 29, 1927. Decided May 16, 1927. *Per Curiam.* Question No. 1 is answered *yes* on the authority of *Real Silk Hosiery* v. *City of Portland*, 268 U. S. 335. MR. JUSTICE BRANDEIS and MR. JUSTICE SANFORD dissent. In view of the answer to the first question, the second question needs none. *Mr. John G. Milburn,* with whom *Messrs. Ralph Bamberger, Henry B. Dinkelspeil,* and *Joseph W. Welsh* were on the brief, for appellant. *Mr. Edwin C. Brandenburg,* with whom *Messrs. G. N. Richardson, C. A. Brandenburg,* and *Louis M. Denit* were on the brief, for appellees.

No. —, original. Ex PARTE: IN THE MATTER OF T. L. SMITH. May 31, 1927. The motion for leave to file petition for a writ of mandamus herein is denied. *Mr. A. D. Lipscomb* for petitioner.

No. —, original. Ex PARTE: IN THE MATTER OF S. A. MOORE, TRUSTEE. May 31, 1927. The motion for leave to file petition for a writ of prohibition herein is denied. *Messrs. William T. George, Fred W. Goshorn, Claude L. Smith,* and *Wells Goodykoontz* for petitioner.

No. —, original. Ex PARTE: IN THE MATTER OF E. L. BURGET. May 31, 1927. The motion for leave to file